# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

---

| | | |
|---|---|---|
| STACY COLLINS, TIANGE LUSENI and LISA PETERSON individually and on behalf of other similarly situated individuals,<br>    Plaintiffs | ) ) ) ) ) ) | CASE NO: 3:18-cv-00065 |
| v. | ) ) | |
| KOHL'S DEPARTMENT STORES, INC. and KOHL'S CORPORATION<br>    Defendants | ) ) ) | MAY 17, 2018 |

---

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Civil Rule 83.1(b), Plaintiff Stacy Collins, Tiange Luseni and Lisa Peterson, on behalf of themselves and all others similarly situated, and through their undersigned attorneys, hereby move for admission *pro hac vice* of their counsel, Peter Delano of Lichten & Liss-Riordan, P.C., so that he may represent the plaintiffs in the above-captioned matter before this Court. In support of this motion, the Affidavit of Peter Delano is attached hereto as "Exhibit A," and his Certificate of Good Standing will be filed as soon as it is received.

WHEREFORE, Plaintiffs respectfully request that this Court should grant Plaintiffs' Motion for the Admission of Peter Delano *pro hac vice*.

Plaintiffs,

STACY COLLINS, TIANGE LUSENI, and LISA PETERSON, on behalf of themselves and all others similarly situated,

 /s/ Richard Hayber
Richard E. Hayber, #ct11629
The Hayber Law Firm, LLC
221 Main Street, Suite 502
Hartford, CT  06106
(860) 522-8888 telephone
(860) 218-9555 facsimile
rhayber@hayberlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2018, a copy of this document was served by electronic filing on all counsel of record.

 /s/ Richard Hayber
Richard E. Hayber