UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| STACY COLLINS, individually and on behalf of all others similarly situated,<br>　　Plaintiffs<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC. and KOHL'S CORPORATION<br>　　Defendants | : : : : : : : : : : : : : | CIVIL ACTION NO.:<br>3:18-cv-00065-VAB |
|---|---|---|

## CONSENT TO JOIN ACTION AND AUTHORIZATION TO REPRESENT
### Pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b)

1. I hereby designate The Hayber Law Firm, LLC, at 221 Main Street, Hartford 06106, and the named Plaintiffs to represent me for all purposes in this action.

2. I have worked at Kohl's Department Stores, Inc. within the last three years as an assistant store manager.

3. I understand that this lawsuit is brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq. I hereby consent, agree, and "opt in" to become a plaintiff herein and to be bound by any judgment by the Court or any settlement of this action.

Signature: _Barbara Hesik (May 29, 2018)_　　　Date: May 29, 2018

Print Name: Barbara Hesik

## CERTIFICATION OF SERVICE

      I hereby certify that on June 8, 2018, a copy of the foregoing MOTION FOR EXTENSION OF TIME was filed electronically [and service made by certified mail to anyone unable to accept electronic filing]. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system [or by certified mail for anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

                                                  /s/ Richard E. Hayber
                                                  Richard E. Hayber