UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STACY COLLINS,

                Plaintiff,      Case No. 18-CV-962

    v.

**MINUTE SHEET**

KOHL'S DEPARTMENT STORES,
INC., and KOHL'S CORPORATION,

                Defendants.

---

**Hon. David E. Jones, presiding.**      **Deputy Clerk:** Katina Hubacz
**Type of Proceeding:** ORAL ARGUMENT RE: MOTION TO CERTIFY CLASS
**Date:** March 7, 2019 at 10:30 AM      **Court Reporter:** Rich Ehrlich
**Time Commenced:** 10:38 a.m.      **Time Concluded:** 12:30 p.m.

**Appearances:**      **Plaintiff:**    Richard Eugene Haybar, Shannon Liss-Riordan
                                 **Defendant:**    Joel C. Griswold

**Comments:**
Here to discuss Motion to Certify Class (ECF No. 68).
Court asks if are in the same situation here as Costello or is this a factually different circumstance.

**Defendants** present their argument. Feel does not need to follow Costello and that we have a different record here than in Costello.

**Plaintiff** presents their position. Not litigating merits of the case - are deciding whether notice should go out apprising people of rights that a claim was made.

**Court** needs to make sure opt in class is limited to similarly situated people.

**Ms. Wilkerson** (corporate counsel for Kohl's) clarifies how ASM bonuses work.

**Defendants** continue with their position.
**Plaintiff** responds.
**Court's** comments.
**Defendants** present further argument.
**Plaintiff** briefly responds.

**Court** asks parties to think about what a schedule would like if were to order opt-ins. Direct parties to email proposed schedules to Katina_Hubacz@wied.uscourts.gov no later than **3/22/2019.**

**Oral Decision Hearing set for: 3/25/2019 at 10:30 a.m.**